IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD DELANGHE, | ) | 8:05CV299 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT L. CONLEY; ROBERT L. | ) | |
| CONLEY LIVESTOCK, LLC; and | ) | |
| PRODUCERS LIVESTOCK MARKETING | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 11).

IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

**Tuesday, November 15, 2005, at 8:45 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th

Plaza, **OMAHA**, Nebraska,, to establish a final progression order

for this case.  The parties may participate by telephone by

notifying Judge Strom's office prior to said date.

DATED this 25th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court