IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DONALD DeLANGHE,              )
                              )
          Plaintiff,          )      8:05CV299
                              )
     v.                       )
                              )
ROBERT L. CONLEY; ROBERT L.   )      ORDER
CONLEY LIVESTOCK, LLC, and    )
PRODUCERS LIVESTOCK MARKETING )
ASSOCIATION,                  )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the motion of defendants Robert L. Conley and Robert L. Conley Livestock, LLC to amend their answer (Filing No. 24). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion to amend answer is granted; said defendants shall have until January 31, 2006, to file their amended answer.

DATED this 24th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court