IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DONALD DeLANGHE,                )
                                )
            Plaintiff,          )          8:05CV299
                                )
       v.                       )
                                )
ROBERT L. CONLEY; ROBERT L.     )          ORDER
CONLEY LIVESTOCK, LLC; and      )
PRODUCERS LIVESTOCK MARKETING   )
ASSOCIATION,                    )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion of defendant Producers Livestock Marketing Association for leave to amend its answer (Filing No. 23). The Court notes no objection has been filed and that the motion should be granted. Accordingly,

IT IS ORDERED that said motion should be granted; Producers Livestock Marketing Association shall have until February 10, 2006, to file its amended answer.

DATED this 31st day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court