IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD DeLANGHE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV299 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT L. CONLEY; ROBERT L. | ) | ORDER |
| CONLEY LIVESTOCK, LLC, and | ) | |
| PRODUCERS LIVESTOCK MARKETING | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendants' joint motion for leave to take out-of-state trial testimony by deposition, or in the alternative, for continuance of trial (Filing No. 69), and plaintiff's combined motion for protective order and response to defendants' joint motion for leave to take out-of-state trial testimony by deposition or, in the alternative, for a continuance of the trial (Filing No. 72).  The Court has been advised the parties have resolved their dispute.  Accordingly,

IT IS ORDERED that both motions are denied as moot.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court