```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DONALD DeLANGHE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV299 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT L. CONLEY; ROBERT L. | ) | ORDER |
| CONLEY LIVESTOCK, LLC, and | ) | |
| PRODUCERS LIVESTOCK MARKETING | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's consented to motion for extension of time to file responses to PLMA's and Conley's motions for summary judgment (Filing No. 94). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for extension of time is granted; plaintiff shall have until June 20, 2006, to respond to defendants' motions for summary judgment.

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court