IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD DeLANGHE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV299 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT L. CONLEY; ROBERT L. | ) | ORDER |
| CONLEY LIVESTOCK, LLC; and | ) | |
| PRODUCERS LIVESTOCK MARKETING | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

This Court's order of June 29, 2006 (Filing No. 105), granted defendant Producers Livestock Marketing Association's ("PLMA") motion for summary judgment and dismissed the complaint as to defendant PLMA, which thereby rendered PLMA's cross claim against Robert L. Conley ("Conley") and Robert L. Conley, LLC ("Conley LLC") moot, Accordingly,

IT IS ORDERED:

1) PLMA's cross claim against Conley and Conley LLC (Filing No. 28) is dismissed without prejudice.

DATED this 29th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court