IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DONALD DeLANGHE,            )
                           )
          Plaintiff,       )        8:05CV299
                           )
     v.                    )
                           )
ROBERT L. CONLEY; ROBERT L. )       ORDER
CONLEY LIVESTOCK, LLC, and )
PRODUCERS LIVESTOCK MARKETING )
ASSOCIATION,               )
                           )
          Defendants.      )
_____)
```

The Court has been advised that the parties have reached a settlement in this matter.  Accordingly,

IT IS ORDERED that the parties shall have until July 14, 2006, to file settlement documents.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court