IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

DONALD DeLANGHE,                  )
                                 )
                Plaintiff,       )        8:05CV299
                                 )
        v.                       )
                                 )
ROBERT L. CONLEY; ROBERT L.      )        ORDER
CONLEY LIVESTOCK, LLC, and       )
PRODUCERS LIVESTOCK MARKETING    )
ASSOCIATION,                     )
                                 )
                Defendants.      )
_____ )


        This matter is before the Court on the motion for
additional time to file stipulation for dismissal (Filing No.
115).  The Court finds said motion should be granted.
Accordingly,

        IT IS ORDERED that said motion is granted; the parties
shall have until July 25, 2006, to file settlement documents.

        DATED this 17th day of July, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court