IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DONALD DeLANGHE,                  )
                                  )
            Plaintiff,            )      8:05CV299
                                  )
      v.                          )
                                  )
ROBERT L. CONLEY; ROBERT L.       )      ORDER
CONLEY LIVESTOCK, LLC, and        )
PRODUCERS LIVESTOCK MARKETING     )
ASSOCIATION,                      )
                                  )
            Defendants.           )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 117). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED this 25th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court